**Order entered September 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00630-CV

### TRENT S. GRIFFIN, Appellant

### V.

### AMERICAN ZURICH INSURANCE COMPANY, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05893**

## ORDER

Before the Court is appellant's August 29, 2019 "Motion Relating to Informalities." In the motion, appellant asserts objections to actions taken in the trial court and asks that we sustain those objections. We **DENY** the motion.

Appellant's brief on the merits remains due **October 14, 2019**. The requirements for an appellant's brief are set forth in rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1.

/s/    BILL WHITEHILL
        JUSTICE